```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**SHAWN DANIEL DRAKE**                                        **PLAINTIFF**

      v.          Civil No. 09-05120

**CAPTAIN PETRAY, ET AL.**                                   **DEFENDANTS**

### O R D E R

NOW on this 30th day of November 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #6), filed on October 20, 2009, and the Court, being well and sufficiently advised that there has been no objection, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation** is **adopted** *in toto*. Accordingly, Plaintiff's claims against Defendants are **dismissed** in their entirety.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**